IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID GOODSON,

    Plaintiff,

vs.                                 CASE NO.: 4:06cv243-SPM/WCS

WAL-MART STORES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report of Settlement (doc. 35) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of December, 2006.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge